UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| JOHN F. KIRK,<br><br>            Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN GROUP<br>BENEFITS PLAN NO. 594,<br><br>            Defendants. | Case No. 15-cv-00842 WHO<br><br>**ORDER RE STIPULATION TO CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC:  June 2, 2015, 2:00 p.m.**<br>**Proposed CMC: August 11, 2015** |

The Court modifies the parties' stipulation, grants the request to continue the Case Management Conference and ORDERS that the Case Management Conference in this action be rescheduled to **July 16, 2015 at 1:00 p.m.**  The Joint Case Management Statement shall be filed one week before that date.

DATED:  May 27, 2015          _____
                              WILLIAM H. ORRICK III
                              UNITED STATES DISTRICT JUDGE