UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN F. KIRK,

    Plaintiff,

v.

LOCKHEED MARTIN GROUP BENEFITS PLAN NO. 594, et al.,

    Defendants.

Case No. 15-cv-00842-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 43

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: November 19, 2015

_____
WILLIAM H. ORRICK
United States District Judge